**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
  clee@everettdorey.com
18300 Von Karman Avenue, Suite 900
Irvine, California 92612
Phone: 949-771-9233
Fax: 949-377-3110

**JONES & MAYER**
Kimberly Hall Barlow, Esq., SBN 149902
  khb@jones-mayer.com
Bruce A Lindsay , Esq., SBN 102794
  bal@jones-mayer.com
Monica Choi Arredondo, Esq. SBN 215847
  mca@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant
CITY OF COSTA MESA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SOCAL RECOVERY, LLC, a limited liability company;<br><br>       Plaintiff,<br><br>    vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-100;<br><br>       Defendants. | **Case No. 8:18-cv-01304 JVS (PJWx)**<br><br>*The Hon. James V. Selna*<br><br>**FINAL JUDGMENT** |

## **FINAL JUDGMENT**

Defendant City of Costa Mesa ("the City") filed its Motion for Summary Judgment ("Motion for Summary Judgment") in the above-captioned matter on February 7, 2020. [Doc. 77]

On April 10, 2020, this Court issued an Order in the City's favor granting its Motion for Summary Judgment as to all of Plaintiff SoCal Recovery, LLC's ("Plaintiff") Claims in its operative Complaint, making findings of fact and conclusions of law. [Doc. 97]

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** judgment be entered in the City's favor on each and all of Plaintiff's Claims, and that Plaintiff take nothing in this action. This Court **FURTHER ORDERS** that the City is the prevailing party entitled to costs under Federal Rule of Civil Procedure 54, taxed in a sum to be determined.

Dated: July 20, 2020       By: _/s/ James V. Selna_
                                The Hon. James V. Selna
                                United States District Court

File No. 1029-06

# PROOF OF SERVICE

**SoCal Recovery v City of Costa Mesa**
**Case No. 8:18-CV-01304 JVS (PJWx)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 900, Irvine, CA 92612.

On April 17, 2020, I served true copies of the following document(s) described as:

## FINAL JUDGMENT

I served the documents on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2020, at Irvine, California.

/s/ Kristal Mauro
Kristal Mauro

1    8:18-cv-01304 JVS (PJWx)
PROOF OF SERVICE

File No. 1029-06

**SERVICE LIST**
**SoCal Recovery v City of Costa Mesa**
**Case No. 8:18-CV-01304 JVS (PJWx)**

| | |
|---|---|
| ISAAC R. ZFATY<br>GARRETT M. PRYBYLO<br>ZFATY \| BURNS<br>660 Newport Center Drive, Suite 470<br>Newport Beach, CA 92660<br>irz@zfatyburns.com<br>gp@zfatyburns.com<br>ah@zfatyburns.com<br>es@zfatyburns.com | *Attorney's for Plaintiff,*<br>SoCal Recovery LLC |
| LAW OFFICE OF STEVEN G. POLIN<br>Steven G. Polin<br>3034 Tennyson Street, NW<br>Washington D.C. 200015<br>spolin2@earthlink.net | *Attorney for Plaintiff,*<br>SoCal Recovery LLC |

EVERETT DOREY LLP
Attorneys at Law
18300 VON KARMAN AVENUE, SUITE 900
IRVINE, CALIFORNIA 92612
TELEPHONE 949-771-9233  ♦FAX 949-377-3110

2     8:18-cv-01304 JVS (PJWx)
PROOF OF SERVICE