1  BRANCART & BRANCART
2   Christopher Brancart (CBN 128475)
    *cbrancart@brancart.com*
3  Post Office Box 686
   Pescadero, CA  94060
4  Tel:   (650) 879-0141
   Fax:   (650) 879-1103
5   *Additional counsel listed
    on signature page*

6  Attorneys for Plaintiffs

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| **SOCAL RECOVERY, LLC, a California limited liability company, and ROGER LAWSON,** | No. SACV18-01304 JVS (PJWx) <br><br> **NOTICE OF APPEAL** |
| **Plaintiffs,** | |
| vs. | |
| **CITY OF COSTA MESA, a municipal corporation; and DOES 1-100;** | |
| **Defendants.** | |

Please take notice that plaintiffs SoCal Recovery, LLC and Roger Lawson hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in the United States District Court for the Central District of California on July 20, 2020 (ECF 116), and all rulings that are entwined with the final judgment or are otherwise necessary to ensure meaningful review, including, without limitation, the order granting summary judgment in favor of the

//
//
//

City filed on April 10, 2020 (ECF 107), and the order denying plaintiffs' motion for reconsideration of that order filed on July 20, 2020 (ECF 115).

Dated: August 7, 2020.

Respectfully submitted,

| MUCH SHELIST, P.C. | BRANCART & BRANCART |
|---|---|
| Isaac R. Zfaty (CA 214987) | |
| izfaty@muchlaw.com | |
| Garrett M. Prybylo (CA 304994) | */s/Christopher Brancart* |
| gprybylo@muchlaw.com | Christopher Brancart |
| 660 Newport Center Dr., Suite 900 | cbrancart@brancart.com |
| Newport Beach, CA 92660 | |
| Tel: (949) 767-2200 | LAW OFFICES OF STEVEN G. POLIN |
| Fax: (949) 385-5355 | Steven G. Polin (DCBN 439234) |
| | spolin2@earthlink.net |
| | 3034 Tennyson Street, NW |
| | Washington, D.C. 20015 |
| | Tel: (202) 331-5848 |
| | Fax: (202) 331-5849 |

Attorneys for Plaintiffs

-2-

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on August 7, 2019, I served by email via ECF a copy of the attached document – **NOTICE OF APPEAL; REPRESENTATION STATEMENT** – on the following attorneys:

Steven Polin
Law Offices of Steven Polin
3034 Tennyson Street, NW
Washington, D.C. 20015
Fax: (202) 537-2985
spolin2@earthlink.net

Bruce Lindsay
Monica Choi-Arredondo
Jones Mayer
3777 North Harbor Boulevard
Fullerton, California 92835
Fax (714) 446-1448
bal@jones-mayer.com
mca@jones-mayer.com

Isaac Zfaty
Garrett Prybylo
Much Shelist, P.C.
660 Newport Center Dr., Suite 900
Newport Beach, CA 92660
Tel: (949) 767-2200
Fax: (949) 385-5355
izfaty@muchlaw.com
gprybylo@muchlaw.com

Christopher D. Lee
Samantha E. Dorey
Seymour B. Everett, III
Everett Dorey LLP
18300 Von Karman Ave., Suite 900
Irvine, CA 92612
949-771-9233
Fax: 949-377-3110
clee@everettdorey.com
sdorey@everettdorey.com
severett@everettdorey.com

Jonathan William Cayton
Kushner Carlson PC
85 Enterprise Suite 310
Aliso Viejo, CA 92656
949-421-3030
Fax: 949-421-3031
jcayton@kushnercarlson.com

*/s/ Christopher Brancart*