BRANCART & BRANCART
  Christopher Brancart (CBN 128475)
  *cbrancart@brancart.com*
Post Office Box 686
Pescadero, CA  94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
  *Additional counsel listed
  on signature page*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCAL RECOVERY, LLC, a California limited liability company, and ROGER LAWSON,**<br><br>        **Plaintiffs,**<br><br>     vs.<br><br>**CITY OF COSTA MESA, a municipal corporation; and DOES 1-100;**<br><br>        **Defendants.** | No. SACV18-01304 JVS (PJWx)<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Federal Rules of Appellate Procedure 12(b) and Ninth Circuit Rules 12-2 and 3-2(b), plaintiffs-appellants submit this Representation Statement:

//

//

//

//

//

//

//

I. Plaintiffs-appellants SoCal Recovery, LLC and Roger Lawson are represented by:

BRANCART & BRANCART
  Christopher Brancart (California Bar No. 128475)
  cbrancart@brancart.com
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

MUCH SHELIST, P.C.
  Isaac R. Zfaty (CA 214987)
  izfaty@muchlaw.com
  Garrett M. Prybylo (CA 304994)
  gprybylo@muchlaw.com
660 Newport Center Dr., Suite 900
Newport Beach, CA 92660
Tel: (949) 767-2200
Fax: (949) 385-5355

LAW OFFICES OF STEVEN G. POLIN
  Steven G. Polin (D.C. Bar No. 439234)
  spolin2@earthlink.net
3034 Tennyson Street, NW
Washington, D.C. 20015
Tel: (202) 331-5848
Fax: (202) 537-2985

III. Defendant-appellee City of Costa Mesa is represented by:

JONES & MAYER
  Bruce A. Lindsay
  bal@jones-mayer.com
  Monica Choi-Arredondo
  mca@jones-mayer.com
  James R. Touchstone
  jrt@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, California 92835
Tel: (714) 446-1400
Fax: (714) 446-1448

1  EVERETT DOREY LLP
    Seymour B Everett, III
2   severett@everettdorey.com
    Samantha E. Dorey
3   sdorey@everettdorey.com
    Christopher D. Lee
4   clee@everettdorey.com
   18300 Von Karman Avenue Suite 900
5  Irvine, CA 92612
   949-771-9233
6  Fax: 949-377-3110

7
   KUSHNER CARLSON PC
8    Jonathan William Cayton
     jcayton@kushnercarlson.com
9  85 Enterprise Suite 310
   Aliso Viejo, CA 92656
10 949-421-3030
   Fax: 949-421-3031
11
                              * * *
12
          Dated:  August 7, 2020.
13
                        Respectfully submitted,
14
15  MUCH SHELIST, P.C.                BRANCART & BRANCART
      Isaac R. Zfaty (CA 214987)
16    izfaty@muchlaw.com
      Garrett M. Prybylo (CA 304994)  /s/Christopher Brancart
17    gprybylo@muchlaw.com             Christopher Brancart
    660 Newport Center Dr., Suite 900  cbrancart@brancart.com
18  Newport Beach, CA 92660
    Tel: (949) 767-2200               LAW OFFICES OF STEVEN G. POLIN
19  Fax: (949) 385-5355                 Steven G. Polin (DCBN 439234)
                                        spolin2@earthlink.net
20                                    3034 Tennyson Street, NW
                                      Washington, D.C. 20015
21                                    Tel: (202) 331-5848
                                      Fax: (202) 331-5849
22
                        Attorneys for Plaintiffs
23

24

25

26

27

28