**MUCH SHELIST, P.C.**
ISAAC R. ZFATY, State Bar No. 214987
GARRETT M. PRYBYLO, State Bar No. 304994
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Telephone: (949) 767-2200
izfaty@muchlaw.com
gprybylo@muchlaw.com

**LAW OFFICES OF STEVEN G. POLIN**
Steven G. Polin (DCBN 439234)
3034 Tennyson Street, NW
Washington, D.C. 200015
Telephone: (202) 331-5848
Facsimile: (202) 331-5849
Spolin2@earthlink.net

*Attorneys for Plaintiffs SOCAL RECOVERY, LLC and ROGER LAWSON*

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SOCAL RECOVERY, LLC., a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1 – 100;<br><br>Defendants. | Case No.: 8:18-cv-01304-JVS-PJW<br>*Consolidated with:*<br>8:18-cv-01080<br>8:18-cv-01170<br>8:18-cv-01369<br><br>Assigned for all Purposes to:<br>Judge Hon. James V. Selna<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO BRIEF CITY'S ATTORNEYS' FEES AND COSTS** |

Based on the parties' second joint application and stipulation, and good cause therefor, IT IS HEREBY ORDERED that the briefing schedule for adjudication of the defendant City of Costa Mesa's motion for attorneys' fees and costs against plaintiffs SoCal Recovery LLC and Roger Lawson (ECF 121) is modified as follows:

| Task | Current Date | Proposed Date |
| --- | --- | --- |
| File opposition to City's fee motion | 08/24/2020 | 08/31/2020 |
| File reply to plaintiffs' opposition to City's fee motion | 09/07/2020 | 09/14/2020 |
| Hearing | 09/14/2020 at 1:30 p.m. | 09/21/2020 at 1:30 p.m. |

IT IS SO ORDERED.

Dated: August 21, 2020

Hon. James V. Selna
U.S. District Judge