BRANCART & BRANCART
  Christopher Brancart (CBN 128475)
  cbrancart@brancart.com
Post Office Box 686
Pescadero, CA  94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
  *Additional counsel listed
  on signature page*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCAL RECOVERY, LLC, a California limited liability company, and ROGER LAWSON,** | No. SACV18-01304 JVS (PJWx) |
| **Plaintiffs,** | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR ONE-DAY EXTENSION TO FILE OPPOSITION TO CITY'S MOTION FOR ATTORNEYS' FEES AND EXPENSES** |
| vs. | |
| **CITY OF COSTA MESA, a municipal corporation; and DOES 1-100;** | |
| **Defendants.** | |

Having considered the application of plaintiff SoCal Recovery for a one-day extension of time in which to file plaintiff's opposition to the City's motion for attorneys' fees and expenses, and good cause appearing therefor, plaintiff's application is granted. Plaintiff's opposition is now due on September 1, 2020.

IT IS SO ORDERED

Dated:  September 1, 2020

_____
Hon. James V. Selna
United States District Judge