**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
　severett@everettdorey.com
Samantha E. Dorey, SBN 281006
　sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
　clee@everettdorey.com
18300 Von Karman Avenue, Suite 900
Irvine, California 92612
Phone: 949-771-9233
Fax: 949-377-3110

**JONES & MAYER**
Kimberly Hall Barlow, Esq., SBN 149902
　khb@jones-mayer.com
Bruce A Lindsay, Esq., SBN 102794
　bal@jones-mayer.com
Monica Choi Arredondo, Esq. SBN 215847
　mca@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant
CITY OF COSTA MESA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SOCAL RECOVERY, LLC, a limited liability company;<br><br>　　Plaintiff,<br><br>　vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-100;<br><br>　　Defendant. | **Case No. 8:18-CV-01304 JVS (JDEx)**<br><br>**DEFENDANT CITY OF COSTA MESA'S NOTICE OF SETTLEMENT REGARDING ATTORNEY'S FEE AWARD PAYMENT AND REQUEST TO VACATE DEBTOR'S EXAMINATION**<br><br>**Date of Debtor's Examination: March 31, 2022** |

4858-1910-9650.1

-1- Case No. 8:18-CV-01304 JVS (JDEx)
DEFENDANT'S NOTICE OF SETTLEMENT REGARDING ATTORNEY'S FEE AWARD PAYMENT AND REQUEST TO VACATE DEBTOR'S EXAMINATION

1  On July 30, 2021, Defendant City of Costa Mesa's ("the City") submitted an Application for a Judgment Debtor Examination in enforcement of a judgment against Plaintiff SoCal Recovery, LLC, ("SoCal") [Dkt. 164].  On January 14, 2022 this Court issued an Order to Appear for a Judgment Debtor Examination on March 31, 2022 [Dkt. 166].

The Parties have reached a settlement regarding payment of the judgment/attorney's fee award.  Therefore, both the City and SoCal agree, and the City requests, that the Judgment Debtor Examination should be vacated and that there be no hearing or need to appear before this Court on March 31, 2022.

DATED:  March 2, 2022                    EVERETT DOREY LLP

By: _____
Seymour B. Everett, III
Samantha E. Dorey
Christopher D. Lee
Attorneys for Defendant
CITY OF COSTA MESA

EVERETT DOREY LLP
Attorneys at Law
18300 VON KARMAN AVENUE, SUITE 900
IRVINE, CALIFORNIA 92612
TELEPHONE 949-771-9233  ◆FAX 949-377-3110

4858-1910-9650.1

-2-   Case No. 8:18-CV-01304 JVS (JDEx)
DEFENDANT'S NOTICE OF SETTLEMENT REGARDING ATTORNEY'S FEE AWARD PAYMENT AND REQUEST TO VACATE DEBTOR'S EXAMINATION

File No. 1029-06

# PROOF OF SERVICE

**SoCal Recovery v City of Costa Mesa**
**Case No. 8:18-CV-01304 JVS (JDEx)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 900, Irvine, CA 92612.

On March 1, 2022, I served true copies of the following document(s) described as:

**DEFENDANT CITY OF COSTA MESA'S NOTICE OF SETTLEMENT REGARDING ATTORNEY'S FEE AWARD PAYMENT AND REQUEST TO VACATE DEBTOR'S EXAMINATION**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 1, 2022, at Irvine, California.

／s/ Kristal N. Mauro
Kristal N. Mauro

4858-1910-9650.1

-1-   Case No. 8:18-CV-01304 JVS (JDEx)
PROOF OF SERVICE

File No. 1029-06

## SERVICE LIST
## SoCal Recovery v City of Costa Mesa
## Case No. 8:18-CV-01304 JVS (PJWx)

| | |
|---|---|
| Isaac R. Zfaty<br>Garret M. Prybylo<br>MUCH SHELIST<br>660 Newport Center Dr #900,<br>Newport Beach, CA 92660<br>T: 949-767-2200<br>F: 949-385-5355<br>izfaty@muchlaw.com<br>gprybylo@muchlaw.com | ***Attorney's for Plaintiff,***<br>SoCal Recovery LLC |
| LAW OFFICE OF STEVEN G. POLIN<br>Steven G. Polin<br>3034 Tennyson Street, NW<br>Washington D.C. 200015<br>spolin2@earthlink.net | ***Attorney for Plaintiff,***<br>SoCal Recovery LLC |
| BRANCART & BRANCART<br>Christopher Brancart<br>PO Box 686<br>Pescadero, CA 94060<br>(650) 879-0141<br>(650) 879-1103 (fax)<br>cbrancart@brancart.clom | ***Attorney's for Plaintiff,***<br>SoCal Recovery LLC |